■ ARCHSTONE, Formerly Known as ARCHSTONE-SMITH OPERATING TRUST, et al., Respondents, v TOCCI BUILDING CORPORATION OF NEW JERSEY, INC., Appellant, and PERKINS EASTMAN ARCHITECTS, INC., et al., Defendants. (And Third-Party Actions.) [987 NYS2d 911]—

In an action, inter alia, to recover damages for breach of

contract, the defendant Tocci Building Corporation of New Jersey, Inc., appeals from an order of the Supreme Court, Nassau County (Warshawsky, J.), entered December 5, 2011, which denied its motion pursuant to CPLR 2221 for leave to renew its prior motion pursuant to CPLR 3124 to compel the plaintiffs to comply with certain document disclosure requests, which had been denied in an order dated July 22, 2010.

Ordered that the order entered December 5, 2011, is affirmed, with costs.

The Supreme Court providently exercised its discretion in denying the motion of the defendant Tocci Building Corporation of New Jersey, Inc. (hereinafter Tocci), for leave to renew its prior motion to compel disclosure related to a development project. While the evidence submitted on the motion to renew was unavailable at the time of the original motion, it did not contain new facts that would have changed the prior determination that the requested disclosure was not material and necessary to Tocci's defense of the action (*see* CPLR 2221 [e] [2]; 3101 [a]; *Andon v 302-304 Mott St. Assoc.*, 94 NY2d 740, 746 [2000]; *Hackney v Monge*, 103 AD3d 844 [2013]; *Bhoj v Bargold Stor. Sys.*, 303 AD2d 437 [2003]). Dillon, J.P., Dickerson, Leventhal and Austin, JJ., concur.